# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ITASCA IMAGES, LLC**, a Minnesota limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> **CAPSTONE REALTY, LLC**, an Alabama limited liability company, <br><br> **HUNTSVILLE AREA ASSOCIATION OF REALTORS, INC. d/b/a NORTH ALABAMA MULTIPLE LISTING SERVICE**, an Alabama non-profit corporation, <br><br> **BEN PORTER REAL ESTATE OF HUNTSVILLE, INC.**, an Alabama corporation, <br><br> Defendants. | Case No. 2:19-cv-00336-LSC |

## **ORDER**

Upon consideration of the Parties' Stipulation of Entry of Permanent Injunction and Dismissal with Prejudice ("Stipulation") (doc. 68), it is hereby ordered that a permanent injunction is entered against Defendants (and its past, present, and future members, employees, agents, directors, managers, successors, assigns, predecessors, heirs, consultants, legal representatives and all persons acting by, through, or in concert with any of them) whereby Defendants shall be

permanently enjoined from infringing any copyrights of Itasca Images, LLC including being enjoined from copying, or in any way using, distributing, or publishing Itasca Images, LLC's copyrighted photographs, including the Photograph At-Issue described in the Parties' Stipulation, or to participate or assist in any such activity without a license, and from directly or indirectly continuing to violate 17 U.S.C. § 1202(b)(1) and (3) in any manner as to Itasca Images, LLC's copyrighted photographs.

Further, upon consideration of the Stipulation of Dismissal with Prejudice (doc. 69), this case is now dismissed with prejudice in its entirety and this case is marked closed.  Costs are taxed as paid.

**DONE** and **ORDERED** on October 23, 2019.

L. Scott Coogler
United States District Judge

199335